March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

SVITLANA ROHULYA ,
                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 681 (JPC) (__)

Defendant __SVITLANA ROHULYA_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

**X** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_Svitlana Rohulya /By/_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

## Svitlana Rohulya
Print Defendant's Name

_Mark S. DeMarco_____
Defense Counsel's Signature

## Mark S. DeMarco
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_12/21/20_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge