**Mark S. DeMarco**
Attorney At Law
3867 East Tremont Avenue
Bronx, New York 10465
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

January 12, 2021

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**BY ECF & ELECTRONIC MAIL**

                        **Re:**   *United States v. Svitlana Rohulya*
                                    **20 Cr. 681 (JPC)**

Your Honor:

      Ms. Rohulya, who is presently at liberty pursuant to a secured bond which limits her travel to the Southern and Eastern Districts of New York, respectfully requests permission to spend the holiday weekend with family in Pocono Lakes, PA, from January 15, 2021, through January 18, 2021.

      Assistant United States Attorney Nicholas Chiuchiolo and Pretrial Services Officer Dominque Jackson consent to this request.

      Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    *Mark S. DeMarco*

                                    Mark S. DeMarco

cc:    Nicholas Chiuchiolo , Esq.
        Assistant United States Attorney
        By Electronic Mail

        Officer Dominque Jackson
        United States Pretrial Services
        By Electronic Mail

---

It is hereby ORDERED that Defendant Rohulya's request is GRANTED. Defendant Rohulya may travel to Pocono Lakes, Pennsylvania, from January 15, 2021 through January 18, 2021.

SO ORDERED.

Date:   January 12, 2021
            New York, New York

                                    _____
                                    JOHN P. CRONAN
                                    United States District Judge