```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    1:20-CR-00681-JPC-4
     -against-                       :    ORDER
                                     :
Svitlana Rohulya                     :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

John P. Cronan, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
March  5 , 2021

                                             SO ORDERED:

                                             _____
                                             John P. Cronan
                                             United States District Judge