# Mark S. DeMarco
Attorney At Law
3867 East Tremont Avenue
Bronx, New York 10465
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

May 10, 2021

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**BY ECF & ELECTRONIC MAIL**

*Ms. Rohulya's request is granted. Ms. Rohulya may travel to Ocean City, Maryland, from May 14, 2021 through May 17, 2021.*

*SO ORDERED.*

*Date:   May 10, 2021*
*        New York, New York*

*JOHN P. CRONAN*
*United States District Judge*

**Re:**   *United States v. Svitlana Rohulya*
          **20 Cr. 681 (JPC)**

Your Honor:

    Ms. Rohulya, who is presently at liberty pursuant to a secured bond which limits her travel to the Southern and Eastern Districts of New York, respectfully requests permission to travel to Ocean City, MD, from May 14, 2021, through May 17, 2021, to attend family birthday celebrations for her father and niece.

    Assistant United States Attorney Nicholas Chiuchiolo defers to Pretrial Services Officer Dominque Jackson, who takes no position with respect to this request.

    Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  *Mark S. DeMarco*

                                  Mark S. DeMarco

cc:   Nicholas Chiuchiolo , Esq.
      Assistant United States Attorney
      By Electronic Mail

      Officer Dominque Jackson
      United States Pretrial Services
      By Electronic Mail