UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES,                                                         :
:
:
:
            -v-                                                        :    20 Cr. 681 (JPC)
:
SVITLANA ROHULYA,                                                      :    ORDER
:
            Defendant.                                                 :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Sentencing in this case is scheduled for January 6, 2025. On December 5, 2024, the Probation Office filed the initial presentence investigation report. Dkt. 590. Under Federal Rule of Criminal Procedure 32(e)(2), "[t]he probation officer must give the presentence report to the defendant, the defendant's attorney, and an attorney for the government at least 35 days before sentencing unless the defendant waives this minimum period." Fed. R. Crim. P. 32(e)(2). The presentence report was not disclosed to the parties within the time period required by Rule 32(e)(2). Therefore, by December 10, 2024, Defendant shall either (i) file a letter indicating that Defendant waives the minimum period for disclosure as set forth in Rule 32(e)(2), or (ii) confer with the Government and file a letter proposing a date to which the sentencing hearing should be adjourned in order to comply with the requirements of Rule 32(e)(2).

      SO ORDERED.

Dated: December 6, 2024
       New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge